UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-60537-CIV-SINGHAL

PATRICIA DE RESENDE,

     Plaintiff,

vs.

KRISTI NOEM, *et al.*,

     Defendants.

_____/

## ORDER OF DISMISSAL WITHOUT PREJUDICE

**THIS CAUSE** came before the Court on Plaintiff's Notice of Voluntary Dismissal of Entire Case (the "**Notice**").  (DE [12]).  Having reviewed the Notice, the docket, and otherwise being fully advised, it is hereby

**ORDERED AND ADJUDGED** that Plaintiff's claims are **DISMISSED WITHOUT PREJUDICE**, with the parties to bear their own attorney fees and costs.  The Clerk is directed to **CLOSE** this case, **CANCEL** all hearings and deadlines, and **DENY AS MOOT** any pending motions.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida, this 27th day of May 2026.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies to counsel of record via CM/ECF